# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT and CENTRAL CALIFORNIA IRRIGATION DISTRICT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants and<br><br>WESTLANDS WATER DISTRICT,<br><br>　　　　　Defendant-in-Intervention. | 1:88-cv-0634 OWW DLB<br>CONSOLIDATED WITH<br>1:91-cv-0048 OWW DLB<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Further Status Conference:<br>11/30/07 8:45 Ctrm. 3 |
| SUMNER PECK RANCH, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF RECLAMATION, et al.,<br><br>　　　　　Defendants. | |

I.   Date of Scheduling Conference.

　　August 1, 2007.

///

II.  Appearances Of Counsel.

<u>1:88-cv-0034 OWW DLB</u>

William Smiland, Esq., appeared on behalf of the Peck Plaintiffs.

Stephen M. Macfarlane, Esq., appeared on behalf of Federal Defendants.

Daniel J. O'Hanlon, Esq., appeared on behalf of Defendants Westlands Water District.

Diane Rathmann, Esq., appeared on behalf of the Panoche parties.

Ted Frame, Esq., appeared on behalf of the Britz parties.

Larry Silver, Esq., and Hamilton Candee, Esq., appeared on behalf of the Intervenors.

<u>1:91-cv-0048 OWW DLB Case</u>

William Smiland, Esq., appeared on behalf of all Plaintiffs except the Britz parties.

Ted Frame, Esq., appeared on behalf of the Britz parties.

Stephen M. Macfarlane, Esq., appeared on behalf of the Federal Defendants.

Diane Rathmann, Esq., appeared on behalf of the Panoche Drainage District and Panoche Water District.

Daniel J. O'Hanlon, Esq., appeared on behalf of Westlands Water District.

Larry Silver, Esq., and Hamilton Candee, Esq., appeared on behalf of the Intervenors.

Paul Minassian, Esq., appeared on behalf of Firebaugh Canal Company and C.C.I.D.

Ray Carlson, Esq., appeared on behalf of the San Luis Water

District and a related District.

III.  Status of the Cases.

    1.  The 1:91-cv-0048 OWW DLB case has been fully settled with respect to all parties with the exception of the ultimate performance by the Federal Defendants of any court ordered relief for satisfaction of the Government's drainage obligations under the San Luis Act and any other law.

    2.  The parties believe that the State Defendants, the California Department of Water Resources, California State Water Resources Control Board, including Board Members John P. McCaffrey, Ernest Carvalho, Mark DelPiero, Edwin H. Finster, David N. Kennedy, and W. Don Maughan have been dismissed from the litigation.  The Plaintiffs, by Mr. Smiland, shall confirm that all State Defendants have been dismissed from both cases.

    3.  The parties are currently engaged in negotiations *inter se* and with members of Congress with a view toward developing an omnibus solution to drainage issues raised in these cases.

    4.  All the parties believe that additional time is necessary for that dispute resolution process to conclude. Accordingly, the next status conference in this case will be held November 30, 2007, at 8:45 a.m.  All parties are authorized to appear telephonically.

    5.  After discussion, the parties have agreed that there is no further necessity for the Peck Plaintiffs, represented by Mr. Smiland, and the Britz Plaintiffs, represented by Mr. Frame, to participate in these lawsuits.  Accordingly, having fully settled all issues as to rights and liabilities addressed by these lawsuits as to these parties, there will be no further

3

appearances by the Peck Plaintiffs, represented by Mr. Smiland, and the Britz Plaintiffs, represented by Mr. Frame.

    6. All parties agree that the Intervenors have intervened in both case numbers 1:88-cv-0634 OWW DLB and 1:91-cv-0048 OWW DLB.

    7. For administrative convenience, all future proceedings in the cases shall be under case number 1:88-cv-0634 OWW DLB and case number 1:91-cv-0048 OWW DLB shall be administratively closed, but remain consolidated for the purposes discussed above.

IT IS SO ORDERED.

**Dated:   August 1, 2007**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE