**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIREBAUGH CANAL WATER DISTRICT, etc., et al., | 1:88-cv-0634 OWW consolidated with 1:92-cv-5554 OWW partially consolidated with 1:91-cv-0048 OWW |
| Plaintiffs, | |
| v. | ORDER AFTER SCHEDULING CONFERENCE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Further Scheduling Conference: 1/14/09 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

    July 18, 2008.

II.  Appearances of Counsel.

    Minasian, Spruance, Meith, Soares & Sexton by Paul R.

Minasian, Esq., appeared on behalf of Plaintiffs, Firebaugh Canal

Water District and Central California Irrigation District.

    Stephen M. MacFarlane, Esq., appeared on behalf of the

Federal Defendants.

    Kronick, Moskovitz, Tiedemann & Girard by Daniel J.

O'Hanlon, Esq., appeared on behalf of Intervenor, Westlands Water

District.

1

1    Lisa & Lisa by Diane Van Atta Rathmann, Esq., appeared on

2 behalf of the Panoche Drainage District.

3    Griswold LaSalle Cobb Dowd and Gin by Raymond L. Carlson,

4 Esq., appeared on behalf of Broadview Water District and San Luis

5 Water District.

6    Altshuler Berzon LLP by Hamilton Candee, Esq., appeared on

7 behalf of Intervenors, Natural Resources Defense Council and the

8 Bay Institute.

9    Laurens H. Silver, Esq., appeared on behalf of the

10 California Environmental Law Project.

11 III. Status of Case.

12    1.    The parties reported on negotiations conducted through

13 Senator Feinstein's office and stakeholder efforts to effectuate

14 a non-judicial resolution.  Plaintiffs also reported that an

15 extension regarding regulatory approval should be forthcoming.

16 All parties agreed that it would be in the best interests of the

17 parties, the interests of justice, and to conserve judicial

18 resources, economy and expedition, that the conference be

19 continued for a further hearing.

20    2.    The parties agreed that the only issues that are

21 presently viable are the tort claims brought by Plaintiffs under

22 state law.  A second claim against higher elevation land owners

23 for trespass, nuisance, and related harms also remains to be

24 decided.

25    3.    A scheduling conference in this case shall be held

26 ///

27 ///

28 ///

1   **January 14, 2009, at 8:15 a.m.   The parties may appear**

2   **telephonically.**

3

4

5   IT IS SO ORDERED.

6   **Dated:    July 25, 2008**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28